**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 23, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00707-CV

---

### IN RE E.M., Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
306th District Court
Galveston County, Texas
Trial Court Cause No. 18CP0095**

---

## MEMORANDUM OPINION

On August 13, 2018, relator E.M. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Roy Quintanilla, presiding judge of the 306th District Court of Galveston County, to vacate his July 19, 2018 Temporary Order naming the Department of Family and

Protective Services as the temporary managing conservator of the child whose conservatorship is at issue.

To obtain mandamus relief, a relator generally must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that the trial court clearly abused its discretion.

We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.

2